JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

VERNON LAMONT CARLISLE,

       Petitioner,

       v.

UNITED STATES OF AMERICA,

       Respondent.

)
)
)
)
)
)
)
)
)

Case No.   CV 12-7419-DOC (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 11, 2013

_David O. Carter_
David O. Carter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY