JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON LAMONT CARLISLE, | Case No. CV 12-7419-DOC (MLG) |
|     Petitioner, | JUDGMENT |
|     v. | |
| UNITED STATES OF AMERICA, | |
|     Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 11, 2013

*David O. Carter*
David O. Carter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY